UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KERRY BRAME, as the Executor and Personal Representative of the Estate of Ida Brame,<br><br>Plaintiff,<br><br>v.<br><br>CENTOCOR, INC.<br>and<br>CENTOCOR RESEARCH AND DEVELOPMENT, Inc.,<br><br>Defendants. | CIVIL ACTION NO. 06-CV-04871-JF |

## STIPULATION AND ORDER OF DISMISSAL

AND NOW, on this 15th day of October, 2007, Plaintiffs, Kerry Brame and Defendants Centocor, Inc. and Centocor Research and Development, Inc. (collectively the "Parties"), by and through their respective counsel, hereby STIPULATE AND AGREE, pursuant to a Settlement Agreement entered into by the Parties on August 14, 2007, that the above-captioned litigation is dismissed, with prejudice, with each side to bear its own attorneys' fees and costs, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Brian J. Devine
Seeger Salvas LLP
455 Market Street
Suite 1530
San Francisco, CA 94105
415.981.9265

*Attorney for Plaintiff Kerry Brame, as the Executor and Personal Representative of the Estate of Ida Brame*

Larry L. Turner / SRH
Pa. ID No. 48352
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103
215.963.5000

*Attorney for Defendants Centocor, Inc. and Centocor Research & Development, Inc.*

APPROVED AND SO ORDERED
THIS ___ DAY OF _____, 2007.

_____
                                           J.